**VAN–117** Hearing Conference Worksheet – Rev. 10/01/2013

Date:_____ Time: _____ Place: _____

Date:_____ Time: _____ Place: _____

Date:_____ Time: _____ Place: _____

IN RE:
Advanced Lighting Technologies, LLC      CASE NO.: 15–00081–5–SWH
118 Peter Gill Rd.
Henderson, NC 27537                       DATE FILED: January 6, 2015

TaxID: 26–2210455                         CHAPTER: 11


HEARING/CONFERENCE WORKSHEET

Matter to be heard:

11(a) Status Conference

Philip W. Paine
Jordan, Price, Wall, Gray, Jones
PO Box 10669
Raleigh, NC 27605
919 828–2501


DATED: January 7, 2015

Brenna Wallace