IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. Case No. 15-00081-5-SWH |
| Advanced Lighting Technologies, LLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

**EMERGENCY MOTION FOR ORDER AUTHORIZING
DEBTOR TO PAY WAGES ACCRUED PRE-PETITION, FOR
ORDER SHORTENING NOTICE TIME, AND REQUEST FOR
HEARING**

NOW COMES Advanced Lighting Technologies, LLC, the Debtor (hereinafter "Debtor" or "ALT"), by and through counsel, and respectfully requests authorization to pay pre-petition wages and, in support thereof, shows unto the Court the following:

1. ALT is an electrical construction company with 17 employees. ALT remains operational and open for business for its customers.

2. ALT filed a voluntary petition for relief pursuant to Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code") in the Eastern District of North Carolina on January 6, 2015 to facilitate reorganization and the continuation of business.

3. This motion is filed simultaneously with the petition. This Court has jurisdiction to consider this motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157.

4. ALT requests authority to honor and pay obligations for work performed pre- petition by its employees. This pre-petition work allowed for wage claimants to accrue gross wages which would not be paid in the ordinary course of business until after the filing of the petition. Based upon the normal pay cycles for the payment of wages and salaries, ALT is duly obligated for pre-petition wages and applicable payroll taxes in the amount of approximately $20,000.00, although these amounts are subject to weekly variance.

5. To the extent these wages would be considered pre-petition claims, all such wages would be entitled to 11 U.S.C. § 507(a)(4) priority wage claim status. To the extent these employee obligations are executory contracts under 11 U.S.C. § 365, it is in the best interest of the estate for the same to be assumed

6. ALT anticipates that to the extent wage claims identified herein are priority wage claims, they would receive payment of 100% even if this case were in a Chapter 7 proceeding and the assets were liquidated for the benefit of creditors. Therefore, creditors will not be prejudiced if the Debtor's request for authorization to pay such claims at this time is allowed

7. A necessity of payment exists in this case in order to prevent immediate and irreparable harm to this reorganization in an amount greatly in excess of the Debtor seeks to pay, and such payment is essential to maximize the return on the value of the assets in this case. If the Debtor were to fail to make all wage payments requested herein, then in all likelihood the affected employees would quit and not provide further assistance to the Debtor. The authorization sought herein will also minimize the personal hardship on the affected employees which would occur if pre-petition wage claims are not paid.

8. The payment as requested herein is in the best interest of creditors, the Debtor, and the Debtor's employees, and is essential to the successful reorganization for the purpose of maximizing business of the Debtor. The Court has the authority to authorize payment of claims described in the foregoing motion to the extent they are determined to be pre-petition claims under the circumstances set out herein pursuant to the authority granted to the Bankruptcy Court under Title 11 of the United States Code, including 11 U.S.C. §§ 105, 363, 365, 365, 507, 1107 and 1108.

9. Given the nature of the emergency as outlined herein and the facts and circumstances in this case, the relief requested can be granted on an emergency basis with limited or no further notice and does not prejudice the rights of the parties in interest in this matter.

WHEREFORE, the Debtor prays that the Court enter an order authorizing ALT to pay the pre-petition wage claims asset set forth herein; and (iv) for such other and further relief as the Court deems just and proper.

This, the 7th day of January, 2015.

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

By:  /s/Philip W. Paine
Philip W. Paine
NC State Bar No.: 31710
Post Office Box 10669
Raleigh, NC 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
Attorneys for the Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. Case No. 15-00081-5 |
| ALT SERVICES GROUP, ) | Chapter 11 |
| ) | |
| Debtor ) | |

### NOTICE OF MOTION AND HEARING

NOTICE IS HEREBY GIVEN OF THE Debtor's Emergency Motion for Order Authorizing Debtor to Pay Wages Accrued Pre-Petition, for Order Shortening Notice Time, and Request for Hearing which seeks an expedited hearing regarding Debtor's request for authorization to pay pre-petition wages; and

FURTHER NOTICE IS HEREBY GIVEN that a hearing may be conducted on the Motion and responses thereto on 14th January, 2015 at the United States Bankruptcy Court for the Eastern District of North Carolina located at Wilmington, North Carolina 28401 beginning at 11:00 AM.

This, the 7th day of January, 2015.

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

By:  /s/Philip W. Paine
Philip W. Paine
NC State Bar No.: 31710
Post Office Box 10669
Raleigh, NC 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
Attorneys for the Debtor

CERTIFICATE OF SERVICE

    The undersigned does hereby certify that copies of the foregoing EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO PAY WAGES ACCRUED PRE-PETITION, FOR ORDER SHORTENING NOTICE TIME, AND REQUEST FOR HEARING and NOTICE thereof have been served upon each of the parties listed below <u>via Electronic Service and/or US Mail on January 8, 2015.</u>

Top 20 Unsecured Creditors


Marjorie K. Lynch
Bankruptcy Administrator
Eastern District of North Carolina
434 Fayetteville Street
Suite 640
Raleigh, NC 27601


Date:  January 7, 2015


                                                <u>/s/Philip W. Paine</u>
                                                Philip W. Paine
                                                Jordan Price Wall Gray Jones & Carlton, PLLC

| | | |
|---|---|---|
| EMPLOYMENT SECURITY COMMISSION<br>PO BOX 26504<br>RALEIGH, NC 27611 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101 | NC DEPARTMENT OF REVENUE<br>OFFICE SERVICES DIV.,<br>BANKRUPTCY UNIT<br>PO BOX 1168<br>RALEIGH, NC 27602 |
| US ATTORNEY<br>310 NEW BERN AVENUE, SUITE 800<br>FEDERAL BUILDING<br>RALEIGH, NC 27601 | U. S. BANKRUPTCY COURT<br>ROOM 209, 300 FAYETTEVILLE STREET<br>P.O. DRAWER 1441<br>RALEIGH, NC 27602 | AHERN RENTALS<br>P. O. BOX 271390<br>LAS VEGAS, NV 89127 |
| BB AND T<br>PO BOX 1847<br>WILSON NC 27894 | BB&T CREDIT CARDS<br>632 DABNEY DRIVE<br>HENDERSON, NC 27536 | BCBS OF NC<br>P. O. BOX 580017<br>CHARLOTTE, NC 28258 |
| C.E.S. (CITY ELECTRIC ACCOUNTS-RAL)<br>P. O. BOX 16707<br>GREENSBORO, NC 27416 | CED<br>P. O. BOX 1510<br>CARY, NC 27512-1510 | CAROLINA OFFICE SYSTEMS<br>12345 REESE BLVD. WEST<br>SUITE #130<br>HUNTERSVILLE, NC 28078 |
| CITY OF HENDERSON<br>P. O. BOX 1434<br>HENDERSON, NC 27536 | CRYSTAL SPRINGS<br>P. O. BOX 660579<br>DALLAS, TX 75266-0579 | DENTAL BLUE SELECT<br>ATTN: BILLING DEPARTMENT<br>P. O. BOX 2400<br>WINSTON SALEM, NC 27102 |
| ECK SUPPLY COMPANY<br>P. O. BOX 890250<br>CHARLOTTE, NC 28289 | ELECTRIC SUPPLY & EQUIPMENT COMPANY<br>P. O. BOX 601118<br>CHARLOTTE, NC 28260 | EXPRESS EMPLOYMENT PROFESSIONALS<br>P. O. BOX 535434<br>ATLANTA, GA 30353 |
| FASTENAL<br>P. O. BOX 978<br>WINONA, MN 55987 | FRED'S TOWING & TRANSPORT, INC.<br>400 INDUSTRY DRIVE<br>HENDERSON, NC 27537 | GRAINGER<br>DEPT. 873408165<br>PALATINE, IL 60038 |
| GREGORY POOLE<br>P. O. BOX 60457<br>CHARLOTTE, NC 28260 | HILTI INC<br>PO BOX 382002<br>PITTSBURGH, PA 15250 | INSERV CORPORATION<br>121 DICKENS ROAD<br>FUQUAY VARINA, NC 27526 |

| | | |
|---|---|---|
| JAMES S. LIVERMON, III<br>POYNER SPRUILL<br>PO BOX 353<br>ROCKY MOUNT, NC 27802 | MOBILE MINI, INC.<br>P. O. BOX 740773<br>CINCINNATI, OH 45274 | MOVEABLE CUBICLE<br>6404 FALLS OF NEUSE ROAD<br>SUITE 200<br>RALEIGH, NC 27615 |
| O'REILLY AUTO<br>P. O. BOX 9464<br>SPRINGFIELD, MO 65801 | ROBERT CAMPBELL<br>7 ECTOR STREET, APT D<br>ASHEVILLE, NC 28806 | TERMINIX<br>P. O. BOX 2587<br>FAYETTEVILLE, NC 28302 |
| VANCE COUNTY TAX OFFICE<br>122 YOUNG STREET<br>SUITE E<br>HENDERSON, NC 27536 | WELLS FARGO<br>P. O. BOX 6434<br>CAROL STREAM, IL 60197 | WILLIAM L. STARK AND COMPANY<br>P. O. BOX 911<br>HENDERSON, NC 27536 |

BANKRUPTCY ADMINISTRATOR
TWO HANNOVER SQUARE, STE. 620
434 FAYETTEVILLE STREET
RALEIGH, NC 27601