**VAN–117** Hearing Conference Worksheet – Rev. 10/01/2013

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

| | |
|---|---|
| IN RE:<br>Advanced Lighting Technologies, LLC<br>118 Peter Gill Rd.<br>Henderson, NC 27537 | CASE NO.: 15–00081–5–SWH<br><br>DATE FILED: January 6, 2015 |
| TaxID: 26–2210455 | CHAPTER: 11 |

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*14* – Emergency Motion to Pay Pre–Petition Wages filed by Philip W. Paine on behalf of Advanced Lighting Technologies, LLC (Paine, Philip)

Philip W. Paine
Jordan, Price, Wall, Gray, Jones
PO Box 10669
Raleigh, NC 27605
919 828–2501


DATED: January 8, 2015

Allyson McNeill