**VAN–117** Hearing Conference Worksheet – Rev. 10/01/2013

Date:_____    Time: _____    Place: _____

Date:_____    Time: _____    Place: _____

Date:_____    Time: _____    Place: _____

IN RE:
Advanced Lighting Technologies, LLC
118 Peter Gill Rd.
Henderson, NC 27537

CASE NO.: 15–00081–5–SWH

DATE FILED: January 6, 2015

TaxID: 26–2210455

CHAPTER: 11

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*15* – Emergency Motion to Obtain Post Petition Financing filed by Philip W. Paine on behalf of Advanced Lighting Technologies, LLC (Paine, Philip)

Philip W. Paine
Jordan, Price, Wall, Gray, Jones
PO Box 10669
Raleigh, NC 27605
919 828–2501


DATED: January 8, 2015

Allyson McNeill