UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| **ADVANCED LIGHTING** | ) Case No. 15-00081-5-SWH |
| **TECHNOLOGIES, LLC**, | ) Chapter 11 |
| | ) |
| Debtor. | ) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE AND NOTICES OF PLEADINGS

PLEASE TAKE NOTICE that pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned Brian R. Anderson, of the law firm of Nexsen Pruet, PLLC, appearing as counsel for Eck Supply Company ("Eck Supply"), creditor in the above-captioned Chapter 11 bankruptcy case (the "Bankruptcy Case"), requests that service be made on them of all documents filed and/or served in the Bankruptcy Case as well as all adversary proceedings filed therein.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all pleadings, orders, notices, motions, applications, petitions, schedules and statements of financial affairs, monthly operating reports, requests, complaints, demands, answers, objections, responses, memoranda, and briefs, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegram, telex, telecopier, email, or otherwise which effect or may effect in any way the rights or interests of Debtors, any creditor of Debtors, any equity security holder, any party in interest, and/or any other person or entity.

This notice and request is not to be deemed a consent to or a waiver of the right to challenge the jurisdiction of the Bankruptcy Court, including, without limitation, the jurisdiction

of the Court to adjudicate non-core matters or the waiver of a right to a jury trial, all of which Eck Supply reserves without prejudice.

Please serve all documents on the undersigned at the following mailing addresses, overnight delivery address, telephone number, facsimile number, or e-mail address, as appropriate, although nothing herein shall be deemed to consent to service of process by e-mail:

> Brian R. Anderson
> NEXSEN PRUET, PLLC
> Post Office Box 3463
> Greensboro, NC  27402
> Telephone: (336) 387-5156
> Facsimile: (336) 273-5357
> Email:  banderson@nexsenpruet.com
>
> *Overnight delivery:*
> 701 Green Valley Road, Suite 100
> Greensboro, NC 27408

Respectfully submitted this 9th day of January, 2015.

>  /s/ Brian R. Anderson
> Brian R. Anderson
> N.C. State Bar No. 37989
> *Attorney for Eck Supply Company*

OF COUNSEL:

NEXSEN PRUET, PLLC
Post Office Box 3463
Greensboro, NC 27402
(336) 387-5157

NPGBO1:2090177.1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

In re:                                            )
                                                  )
**ADVANCED LIGHTING**                             )  Case No. 15-00081-5-SWH
**TECHNOLOGIES, LLC**,                            )  Chapter 11
                                                  )
            Debtor.                               )

## CERTIFICATE OF SERVICE

I certify that I have this date, served or caused to be served a copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE AND NOTICES OF PLEADINGS** by electronic service and/or by first class Mail, postage prepaid, on the following:

**Advanced Lighting Technologies, LLC**
118 Peter Gill Rd.
Henderson, NC 27537
*Debtor*

**Philip W. Paine** *(via ECF)*
Jordan, Price, Wall, Gray, Jones
PO Box 10669
Raleigh, NC 27605
*Counsel for Debtor*

**Gerald A. Jeutter, Jr.** *(via ECF)*
Attorney at Law, PA
Post Office Box 12585
Raleigh, North Carolina 27605
*Counsel for Durham Commercial Capital*

**James S. Livermon** *(via ECF)*
Post Office Box 353
Rocky Mount, NC 27802-0353
*Counsel for Branch Banking and Trust Company*

This the 9th day of January, 2015.

      /s/ Brian R. Anderson
Brian R. Anderson
N.C. State Bar No. 37989
*Attorney for Eck Supply Company*

NPGBO1:2090177.1