**VAN–062** Order Extending Time to File Schedules and Statements – Rev. 02/12/2014

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:  
Advanced Lighting Technologies, LLC  
118 Peter Gill Rd.  
Henderson, NC 27537

CASE NO.: 15–00081–5–SWH

DATE FILED: January 6, 2015

TaxID: 26–2210455

CHAPTER: 11

ORDER EXTENDING TIME FOR FILING  
SCHEDULES AND STATEMENTS

IT IS ORDERED that the time for filing schedules and statements is extended to **January 30, 2015** . Any subsequent motions for extension of time may be set for hearing.

DATED: January 23, 2015

Stephani W. Humrickhouse  
United States Bankruptcy Judge