**VAN–117** Hearing Conference Worksheet – Rev. 01/26/2015

Date:_____ Time: _____ Place: _____

Date:_____ Time: _____ Place: _____

Date:_____ Time: _____ Place: _____

IN RE:
Advanced Lighting Technologies, LLC
118 Peter Gill Rd.
Henderson, NC 27537

CASE NO.: 15–00081–5–SWH

DATE FILED: January 6, 2015

TaxID: 26–2210455

CHAPTER: 11

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*79* – Emergency Motion to Obtain Post Petition Financing filed by Philip W. Paine on behalf of Advanced Lighting Technologies, LLC (Attachments: # 1 Proposed order # 2 Mailing Matrix) (Paine, Philip)

Philip W. Paine
Jordan, Price, Wall, Gray, Jones
PO Box 10669
Raleigh, NC 27605
919 828–2501


DATED: February 25, 2015

Allyson McNeill